Petras *v.* Union Township, Appellant.

Argued October 5, 1962.   Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

*Thomas J. Terputac,* for appellant.

*Sanford S. Finder,* for appellee.

OPINION PER CURIAM, January 8, 1963:

The order of the court below is affirmed on the opinion of Judge WEINER of the Court of Common Pleas of Washington County, reported in 28 Pa. D. & C. 2d 687.